Rose Tripodi, Landlord, Appellant, *v.* Charles T. Rudershausen, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, January 18, 1946.

*Edward H. Kahn* for appellant.

*Theodore J. Breitwieser* for respondent.

MEMORANDUM *Per Curiam.* The record shows that petitioner in good faith sought possession of the property for the use of herself and family.

A certificate having been issued herein the landlord was not required to give the notice prescribed by paragraph (1) of subdivision (d) of section 6 of the Rent Regulation for Housing in the New York City Defense-Rental Area (8 Fed. Reg. 13918).

The evidence does not warrant a finding that the tenant held over the expiration of the term for an additional year; but the subsequent payment of the monthly rent shows a monthly tenancy, and under the local law (Real Property Law, § 232-a)

appellant was required to give thirty days' notice to terminate the tenancy.

The final order should be modified by dismissing the proceeding without prejudice to a new proceeding upon giving the appropriate notice, and as modified affirmed, without costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order modified, etc.